**Ronald C. JOSEPH, Petitioner—Appellant,**

v.

**Robert L. AYERS, Warden, Respondent—Appellee.**

No. 03–15465.

D.C. No. CV–99–20574–JF.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 10, 2004.*

Decided Dec. 23, 2004.

Ronald C. Joseph, Crescent City, CA, pro se.

Peter F. Goldscheider, Esq., Palo Alto, CA, Kenneth C. Young, Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

Before KOZINSKI, W. FLETCHER and BYBEE, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

**MEMORANDUM ***

1. The California Court of Appeal's rejection of appellant's prosecutorial misconduct claim was not contrary to clearly established federal law. *See* 28 U.S.C. § 2254(d). Additionally, the court's determination that the government did not violate its duty to disclose was not contrary to *Brady v. Maryland,* 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed.2d 215 (1963), or any other clearly established federal law.

2. We construe appellant's request that we address his uncertified claim based on admission of prior bad acts evidence as a request to broaden the certificate of appealability, *see Solis v. Garcia,* 219 F.3d 922, 926 (9th Cir.2000) (per curiam), which we deny, *see Slack v. McDaniel,* 529 U.S. 473, 483–84, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).

AFFIRMED.